UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JEREMY PERRIN

    v.                                3:16cv643(JCH)

CONNECTICUT DEPARTMENT
OF CORRECTION

## J U D G M E N T

This matter came on before the Honorable Jeffrey A. Meyer, United States District Judge, as a result of defendant's Motion for Summary Judgment.

The Court has reviewed all of the papers filed in conjunction with the Motion and on June 14, 2017, the court entered a Ruling granting defendant's Motion for Summary Judgment.

Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered for the defendant, against the plaintiff, and the case is closed.

Dated at New Haven, Connecticut, this 19th Day of June, 2017.

                                                  Robin D. Tabora, Clerk

                                                  By <u>/s/ Diahann Lewis</u>
                                                        Deputy Clerk

ENTERED ON DOCKET <u>6/19/2017</u>